E-SERVED 06/04/04 03:34 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re BAYCOL PRODUCTS LITIGATION* — MDL No. 1431 (MJD/JGL)

This Document Relates to:

*Bixler, et al. v. Bayer Corp., et al.* — Case No. 02-00176

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs and counsel for defendants, that the claims of **Mark Bixler**, in the above-captioned matter, be and are hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: June 2, 2004

Jean M. Geoppinger

Stanley M. Chesley
Jane H. Walker
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(513) 621-0267

*Attorneys for Plaintiffs*

SCANNED
JUN 0 9 2004
U.S. DISTRICT COURT MPLS

E-SERVED
06/04/04
03:34 PM ET
Baycol MDL 1431

Dated: 6/4/04

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned matters are dismissed with prejudice.

DATED: JUN 08 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court



CHI 2917343v1